In the Matter of the Application of JOSEPH F. MAFERA, Respondent, for a Peremptory Order of Mandamus against JAMES PASTA, as Commissioner of Parks

of the Borough of Queens, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ. [See ante, p. 662.]